**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02890-REB-KMT

ELIZABETH HUDSPETH,

    Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

    Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

    The matter before me is the **Notice of Dismissal with Prejudice** [#9] filed November 21, 2012.  After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Dismissal with Prejudice** [#9] filed November 21, 2012, is **APPROVED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated November 26, 2012, at Denver, Colorado.

                                       **BY THE COURT**:

                                       */s/ Robert E. Blackburn*
                                       Robert E. Blackburn
                                       United States District Judge